THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SPARKLES WILSON a/k/a
STEVEN FRITZ,

    Plaintiff,

v.

LACKAWANNA COUNTY, et al,

    Defendants.

3:17-CV-1191
(JUDGE MARIANI)

## ORDER

**AND NOW, THIS 10TH DAY OF JULY, 2018**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 46) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 46) is **ADOPTED** for the reasons set forth therein.

2. The "Rule 12(b)(6) Motion on Behalf of Defendants, Warden Tim Betti and Deputy Warden Brian Langan" (Doc. 29) is **GRANTED AS FOLLOWS**: Count V of Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** subject to this Court's Order (Doc. 45) limiting the time to amend pleadings.

/s/ Robert D. Mariani
Robert D. Mariani
United States District Judge