UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPARKLES WILSON, a/k/a STEVEN FRITZ, | : CIVIL ACTION NO. 3:17-CV-1191 |
| Plaintiff, | : (JUDGE MARIANI) |
| v. | : |
| LACKAWANNA COUNTY, et al., | : |
| Defendants. | : |

### ORDER

AND NOW, THIS 8th DAY OF AUGUST 2022, upon consideration of Defendants Correctional Care, Inc. a/k/a Correctional Care, PC's and Dr. Edward Zaloga's Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56 (Doc. 65) and all relevant documents, **IT IS HEREBY ORDERED THAT**:

1. Defendants' Motion (Doc. 65) is **GRANTED IN PART** and **DENIED IN PART**;

2. The Motion is **GRANTED** insofar as judgment in favor of Defendants is granted on Plaintiff's Intentional Infliction of Emotional Distress claim in Count III of her Complaint (Doc. 1);

3. The Motion is **DENIED** in all other respects.

　　　　　　　　　　　　　　　　　　　　　／s／ Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　United States District Judge